UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. C-04-597M |
| | § | |
| JOHN HENRY RAMIREZ | § | |

## MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through Donald J. DeGabrielle, Jr., United States Attorney, and Patti Hubert Booth, Assistant United States Attorney, in and for the Southern District of Texas, and files this, its Motion to Dismiss the Complaint in the above referenced case.

A complaint was filed on August 26, 2004, on the above named defendant, charging unlawful flight to avoid prosecution in the State of Texas for capital murder and two counts of aggravated robbery.

The agent for the Federal Bureau of Investigation, has informed the government that this defendant was arrested on or about February 20, 2008, and was turned over to the State of Texas for prosecution. RAMIREZ is currently pending trial in State District Court, Nueces County, Texas, under Criminal Number 04-CR-3453-C. Therefore, the government respectfully moves this court to dismiss this complaint against JOHN HENRY RAMIREZ.

    Respectfully submitted,

    DONALD J. DeGABRIELLE, JR.
    UNITED STATES ATTORNEY

By: /S/ Patti Hubert Booth
    PATTI HUBERT BOOTH
    Assistant United States Attorney
    Federal I.D. No. 19500
    Texas State Bar I.D. No. 02650500
    800 N. Shoreline Blvd., Suite 500
    Corpus Christi, Texas 78401
    (361) 888-3111

# CERTIFICATE OF SERVICE

I hereby certify that the Motion to Dismiss Complaint and Proposed Order thereon has been served on JOHN HENRY RAMIREZ, via certified mail, c/o Mr. Edward Garza, 719 S. Shoreline Blvd., Suite 300B, Corpus Christi, Texas, 78401-3547, Attorney for Mr. RAMIREZ, appointed as his counsel of record in the case pending against him in the State of Texas, on this 7th day of April, 2008.

      /S/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney