UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. C-04-597M |
| | § | |
| JOHN HENRY RAMIREZ | § | |

## ORDER DISMISSING COMPLAINT

It is hereby ORDERED that the above-entitled and numbered Complaint be

**DISMISSED** without prejudice as to Defendant, JOHN HENRY RAMIREZ as he has been

arrested and is being prosecuted by the State of Texas in Nueces County, under Criminal

Number 04-CR-3453-C.

It is further ORDERED that the Clerk of the United States District Court deliver a

certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED, this _____14th_____ day of April, 2008.


_____
UNITED STATES MAGISTRATE JUDGE